United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 27, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-11505
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZOSIMO REYES SAENZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:95-CR-18-ALL
--------------------

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Zosimo Reyes Saenz, federal prisoner # 27042-077, appeals the district court's denial of his "18 U.S.C. § 3742 motion for review of sentence." Saenz's motion, which was filed after the conclusion of his direct appeal and 28 U.S.C. § 2255 motion, is an unauthorized motion. See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994). Accordingly, Saenz's appeal is DISMISSED for lack of jurisdiction.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.